# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON ALEXANDER FAVOR,<br>Petitioner,<br>v.<br>LOS ANGELES COUNTY CIVIL ATTORNEY JUDICIARY,<br>Respondent. | Case No. 23-cv-01392-JCS (PR)<br><br>**ORDER OF TRANSFER** |

In this federal habeas action petitioner challenges convictions he received in the Los Angeles Superior Court, which lies in the Central District of California. Accordingly, this action is TRANSFERRED to the Central District of California, Western Division, as that is the district of conviction. 28 U.S.C. §§ 84(c)(2), 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 6, 2023

_____
JOSEPH C. SPERO
United States Magistrate Judge